

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00135-CV

**C & B HOLDINGS LLC**,
Appellant

v.

Claudia G. **MONTEMAYOR**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVI002522D3
Honorable David E. Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 37.3(b) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to pay or make arrangements to pay the fee for preparing the clerk's record); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

SIGNED November 15, 2023.

Liza A. Rodriguez, Justice